UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Case No.  08-cr-77-01-SM

Scott Richard

O R D E R

Defendant Richard's motion to continue the final pretrial conference and trial is granted  (document 12).   Trial has been rescheduled for the Janaury 2009 trial period.   Defendant Richard  shall file a waiver of speedy trial rights not later than November 3, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   January 9,  2009 at 1:30 p.m.

**Jury Selection**:   January 21, 2009 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                        Chief Judge

October 21, 2008

cc:    Jessica Brown, Esq.
       Arnold Huftalen, AUSA
       US Probation
       US Marshal